MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorney for Defendant
Anita Sharma

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>ANITA SHARMA, et al.<br><br>   Defendants. | Case No.: 2:13-CR- 84 TLN<br><br>WAIVER OF DEFENDANT'S PRESENCE |

  Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, **Anita Sharma** hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in her absence.

1

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under that Act without defendant being present.

Dated: April 26, 2013          ___/s/Anita Sharma___

Anita Sharma

(Original retained by Attorney.)

I agree with and consent to my client's waiver of appearance.

Dated: April 26, 2013          *Michael Chastaine /s/*_____

Michael Chastaine

Attorney for Anita Sharma

**IT IS SO ORDERED.**

Dated: April 29, 2013

_____
Troy L. Nunley
United States District Judge