MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorneys for Defendant
Anita Sharma

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANITA SHARMA, et al,<br><br>　　　　Defendant. | Case No.: 2:13-CR-0084 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

It is hereby stipulated between the parties, Lee Bickley, Assistant United States Attorney, Michael Chastaine, attorney for Anita Sharma, Dwight Samuel attorney for Surjit Singh and Erik Babock attorney for Rajeshwar Singh, that the status conference date of Thursday, May 23, 2013 should be continued until Thursday July 11, 2013. The continuance is necessary as defense counsel needs additional time to review discovery (approximately 5889 pages) and consult with their clients regarding possible defenses and options. Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

1

Further, that some or all of the defense counsel are negotiating with the Government in an attempt to reach a resolution in the matter.

IT IS FURTHER STIPULATED that the period of time from the May 23, 2013 up to and including July 11, 2013 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial. It is further stipulated that the ends of justice served by continuing this case as requested by the defendants outweigh the interests of the public and the defendants in a speedy trial.

.

Dated: May 16, 2013      By: ____/s/ Michael Chastaine
               MICHAEL CHASTAINE
               Attorney for Anita Sharma

Dated: May 16, 2013      By: /s/ Michael Chastaine for Dwight Samuel
               DWIGHT SAMUEL
               Attorney for Surjit Singh

Dated: May 16, 2013      By: /s/ Michael Chastaine for Erik Babock
               ERIK BABOCK
               Attorney for Rajeshwar Singh

Dated: May 16, 2013      BENJAMIN B. WAGNER
               United States Attorney

               By: /s/ Michael Chastaine for Lee Bickley___
                 LEE BICKLEY
                 Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, May 23, 2013 at 9:30 a.m. be continued to Thursday, July 11, 2013 at 9:30 a.m. and that the period from May 23, 2013 to July 11, 2013 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, the ends of justice served by continuing this case as requested due to continued counsel preparation outweigh the interests of the public and the defendants in a speedy trial.

Dated: May 20, 2013

_____
Troy L. Nunley
United States District Judge